RECEIVED
IN MONROE, LA
FEB 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-30047-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLES S. BROWN | MAG. JUDGE KAREN L. HAYES |

MEMORANDUM RULING

Before the Court is Defendant Charles Shane Brown's appeal [Doc. No. 13] of Magistrate Judge Karen L. Hayes' Judgment [Doc. No. 12]. At a bench trial on November 7, 2006, Magistrate Judge Hayes found Defendant guilty of 1) possessing a loaded firearm on an all terrain vehicle ("ATV"), 2) hunting in a closed area on a wildlife refuge, and 3) traveling on a motorized vehicle on other than designated routes of travel in a wildlife refuge. Defendant claims that no reasonable trier of fact could have found the essential elements of conviction beyond a reasonable doubt [Doc. No. 15]. The United States contends that Magistrate Judge Hayes' findings are supported by the law and evidence in this case [Doc. No. 16].

The Court reviews a Magistrate Judge's judgment as a Court of Appeals reviews a District Court's decision. *See* Fed. R. Crim. P. 58(g)(2)(D). A criminal conviction must be supported by substantial evidence and reversed only if the findings were clearly erroneous. *See United States v. Serna-Villareal*, 352 F.3d 225, 234 (5th Cir. 2003). Evidence is sufficient to sustain a conviction if a rational trier of fact could have found the essential elements of the conviction beyond a reasonable doubt, viewing the evidence in the light most favorable to the prosecution. *See United States v. Chagra*, 669 F.2d 241, 257 (5th Cir. 1982). The reviewing court should defer to the

Magistrate Judge's credibility determinations and ". . . all reasonable inferences drawn." *United States v. Mathes*, 151 F.3d 251, 252 (5th Cir. 1998); *see also United States v. Castaneda*, 951 F.2d 44, 48 (5th Cir. 1992).

Magistrate Judge Hayes was faced with conflicting testimony from Defendant, Louisiana Wildlife and Fisheries Agents, and Defendant's companion. She rejected Defendant's version of events as "impossible to believe," and found the prosecution's account more credible and persuasive. She has "seen and judged the witnesses," and her credibility determinations are entitled to deference. *Castaneda*, 951 F.2d at 48. Given the conflicting testimony, she was entitled to believe Louisiana Wildlife and Fisheries Agents and Defendant's companion over Defendant. Her judgment of guilt is supported by substantial evidence, and, therefore, not clearly erroneous.

Accordingly, Magistrate Judge Karen L. Hayes' Judgment [Doc. No. 12] is AFFIRMED, and Defendant's appeal is DISMISSED.

MONROE, LOUISIANA, this 9 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2